IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

v.

DIRK KEMPTHORNE, ET AL.,

    Defendants.

Case No. 2:08-CV-01936-FCD-JFM

### **ORDER**

For good cause shown and by stipulation and motion of the parties, it is ordered that:

    1.    Defendants' opposition to plaintiff's motion for summary judgment is due on November 25, 2008.

    2.    Plaintiff's reply is due on December 5, 2008.

    3.    Defendants' answer to plaintiff's complaint is due on November 26, 2008.

IT IS SO ORDERED

Dated: November 12, 2008

                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE