IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

v.

DIRK KEMPTHORNE, ET AL.,

    Defendants.

Case No. 2:08-CV-01936-FCD-JFM

**ORDER**

For good cause shown and by stipulation and motion of the parties, it is ordered that:

    1.    The above-captioned case is stayed for 60 days pending filing of a settlement agreement.

    2.    If the parties are unable to reach a final agreement, they shall advise the Court and propose a new schedule for the disposition of this case.

IT IS SO ORDERED

Dated: November 19, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE