IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

v.

DIRK KEMPTHORNE, ET AL.,

    Defendants.

Case No. 2:08-CV-01936-FCD-JFM

**ORDER**

For good cause shown and by stipulation and motion of the parties, it is ordered that the above-captioned case is stayed for an additional 30 days pending filing of a settlement agreement.

IT IS SO ORDERED

Dated:   January 16, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE