IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

v.

KEN SALAZAR, ET AL.,

    Defendants.

Case No. 2:08-CV-01936-FCD-JFM

## **ORDER**

The terms and conditions of the Stipulated Settlement Agreement filed by the parties on February 12, 2009 are hereby adopted as an enforceable ORDER of this Court, and this matter is hereby DISMISSED with prejudice.

Dated: this 23rd day of February, 2009.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE